**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

RICKY KAMDEM-OUAFFO,

              Plaintiff,

    v.

CAMPBELL SOUP COMPANY, et
al.,

              Defendants.

Civil No. 18-00298 (NLH/JS)

Civil No. 18-13119 (NLH/JS)

**ORDER**

---

For the reasons expressed in the Court's Opinion filed today,

IT IS on this  20th  day of    October   , 2020

**ORDERED** that Defendants Campbell Soup Company, Scott Keller, Duane Morris LLP, Trevor H. Taniguchi, Denise M. Morrison, and Carlos J. Barroso's motion to consolidate the 18-298 and 18-13119 actions [ECF 184] is hereby **GRANTED**; and it is further

**ORDERED** that all filings in the consolidated action shall be made in the 18-298 docket; and it is further

**ORDERED** that Defendants Campbell Soup Company, Scott Keller, Duane Morris LLP, Trevor H. Taniguchi, Denise M. Morrison, and Carlos J. Barroso's motions to strike the complaint in the 18-13119 action, filed in both the 18-298 action [ECF 185] and the 18-13119 action [ECF 51], are hereby **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint in the 18-13119 action [ECF 1] is stricken in its entirety; and it is further

**ORDERED** that Defendants Bernard E. Jacques, Dayne R. Johnson, and McElroy, Deutsch, Mulvaney & Carpenter LLP's motion to dismiss in the 18-13119 action [ECF 47] is hereby **DENIED AS MOOT**; and it is further

**ORDERED** that Plaintiff's motion for default judgment in the 18-13119 action [ECF 54] is hereby **DENIED AS MOOT**; and it is further

**ORDERED** that Plaintiff's motion for a preliminary injunction in the 18-13119 action [ECF 60] is hereby **DENIED AS MOOT**; and it is further

**ORDERED** that Defendant Task Management Inc.'s motion for summary judgment in the 18-298 action [ECF 183] is hereby **GRANTED**; and it is further

**ORDERED** that Plaintiff's motion for summary judgment in the 18-298 action [ECF 189] is hereby **DENIED**; and it is further

**ORDERED** that Plaintiff's motion for sanctions in the 18-298 action [ECF 191] is hereby **DENIED**; and it is further

**ORDERED** that the Clerk of the Court shall mark these matters as **CLOSED**.


At Camden, New Jersey

_/s Noel. L. Hillman_
NOEL L. HILLMAN, U.S.D.J.